Charles L. Post, State Bar No. 160443
cpost@weintraub.com
Chelcey E. Lieber, State Bar No. 252397
clieber@weintraub.com
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:   916/558.6000
Facsimile:    916/446.1611

Attorneys for Defendant
Vallejo's Restaurants, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GONZALEZ,<br><br>       Plaintiff,<br><br>v.<br><br>VALLEJO'S RESTAURANTS, INC., and Does 1 through 10,<br><br>       Defendants. | Case No. 2:14-cv-00268-GEB-EFB<br><br>**[PROPOSED] ORDER REFERRING CASE TO VDRP**<br><br>Complaint filed: January 29, 2014 |

On March 6, 2014, plaintiff Antonio Gonzalez ("Plaintiff") and defendant Vallejo's Restaurants, Inc. ("Defendant") submitted their Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271.

Upon reviewing and considering the parties' stipulation:

IT IS HEREBY ORDERED THAT:

1. This matter shall be referred to this Court's Voluntary Dispute Resolution Program pursuant to Local Rule 271.

/ / /

1    IT IS SO ORDERED.

2  Dated: March 20, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```