WILL M. YAMADA (SBN 226669)
JOHN P. TRIBUIANO III (SBN 232960)
DONALD P. NOVEY (SBN 279654)
**NOVEY, TRIBUIANO & YAMADA, LLP**
2222 Watt Avenue, Suite B-1
Sacramento, CA, 95825
Telephone: (916) 333-5000
Facsimile: (916) 333-5001

Attorneys for Plaintiff

CHARLES L. POST (SBN 160443)
CHELCEY E. LIEBER (SBN 252397)
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
400 Capitol Mall, 11TH Floor
SACRAMENTO, CA, 95814
T: (916) 558-6000 | F: (916) 446-1611

Attorneys for Defendant Vallejo's Restaurant, Inc.

# UNITED STATES DISTICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>VALLEJO'S RESTAURANTS, INC., and<br><br>DOES 1-10,<br><br>    Defendants. | Case No.: 2:14-CV-00268-GEB-EFB<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO FILE A [FIRST AMENDED] COMPLAINT |

## STIPULATION

The parties to the above captioned action hereby stipulate as follows:

1.     Plaintiff ANTONIO GONZALEZ filed the above captioned action alleging violations of the Fair Labor Standards Act (29 U.S.C. § 201 *et seq*.) and numerous state labor and employment claims.

2.     Defendant VALLEJO'S RESTAURANTS, INC, filed an Answer to the complaint denying

1  its material allegations and asserting affirmative defenses thereto.

2  3.     The parties through their counsel have met and conferred about permitting plaintiff to amend
3  the complaint to add two individuals, ANTONIO VALLEJO and EFRAIN VALLEJO as additional
4  defendants.

5  4.     Consistent with the Court's Scheduling Order, Plaintiff will remove reference to Doe
6  Defendants and no additional parties shall be added to this action absent a request to modify the
7  scheduling order and absent good cause.

8  5.     Rather than spending additional resources and needlessly burdening this Court, the parties
9  are willing to stipulate to this amendment adding the additional defendants.  However, by entering
10 this stipulation, defendants and defendants' counsel do not concede that personal liability is
11 appropriate and plaintiff still bears the burden of proving personal liability at trial.

12        IT IS THEREFORE STIPULATED, by and between the Parties, through their respective
13 counsel, that:

14 1.     Plaintiff should be permitted to amend the Complaint adding individual defendants Arturo
15 Vallejo and Efrain Vallejo and shall remove reference to Doe Defendants.

16 2.     The attached [First Amended] Complaint reflects the parties' stipulation and agreement and
17 that defendants' stipulation shall not be treated as a concession of personal liability for these two
18 individual defendants.

19 RESPECTFULLY SUBMITTED.

20 Dated: June 10, 2014           **NOVEY, TRIBUIANO & YAMADA**

21

22                                         By:  /s/  Will M. Yamada
                                                WILL M. YAMADA
23                                              Attorneys for Plaintiff

24 Dated: June 10, 2014           **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN

25

26                                         By:  /s/  Chelcey E. Lieber
                                                CHELCEY E. LIEBER
27                                              Attorneys for Defendants

28

*Gonzalez v. Vallejo's*                            STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court has carefully reviewed, the Stipulation, the proposed [First Amended] Complaint, and Proposed Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff is hereby granted permission to file his [First Amended] Complaint.

2. Plaintiff shall file and serve all defendants with the [First Amended] Complaint within 10 days from the issuance of this Order.

Dated: June 13, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge