UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GONZALEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>VALLEJO'S RESTAURANTS, INC.;<br>ARTURO VALLEJO; and EFRAIN<br>VALLEJO,<br><br>            Defendants. | No.  2:14-cv-00268-GEB-EFB<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

On June 26, 2014, the parties filed a "Notice of Settlement; Stipulation and Proposed Order to Stay this Action" in which they state:

> 1. On June 24, 2014, the Plaintiff and Defendants reached a settlement through the Voluntary Dispute Resolution Process before mediator Timothy Long to resolve this action in its entirety.
>
> 2. Part of the material settlement agreement terms cannot be completed until on or before January 3, 2015.
>
> 3. Plaintiff and Defendants agree that on or before January 3, 2015, Plaintiff will either dismiss this entire action with prejudice or will file a stipulated judgment with Court.
>
> 3. In order to afford the parties the time necessary to resolve this case in its entirety either through a dismissal with prejudice or a stipulated judgment, the

1

        parties request this Court stay this action and vacate all deadlines and hearing dates until January 3, 2015.

(ECF No. 16.)

        Therefore, a dispositional document shall be filed no later than January 5, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the discovery completion, expert disclosure, and law and motion completion dates; final pretrial conference date; and trial date prescribed in the April 16, 2014 Status Order are vacated. A Status Conference is scheduled to commence at 9:00 a.m. on February 23, 2015, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

        IT IS SO ORDERED.

Dated: June 27, 2014

                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge